1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant FENG
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,        ) | No. CR-11-70565 MAG ~~(NC)~~
                                      )
12 |             Plaintiff,            ) | STIPULATION AND [~~PROPOSED~~]
                                      ) | ORDER TO CONTINUE AND
13 |       v.                          ) | EXCLUSION UNDER THE SPEEDY
                                      ) | TRIAL ACT AND RULE 5.1
14 | EDWARD FENG,                      )
                                      )
15 |             Defendant.            )
   |_____   )

16

17        The parties jointly request that, subject to the Court's approval, the preliminary

18 hearing/arraignment presently set for November 3, 2011 be continued to November 22, 2011 at

19 9:30 am.

20        Defendant Edward Feng is charged in a criminal complaint with violating provisions of

21 the federal Food Drug and Cosmetic Act (FDCA).  The parties are in negotiations on a pre-

22 indictment resolution of the case. Additionally, defense counsel requires additional time to

23 effectively prepare the defendant's case, including investigation and legal research of matters

24 critical to the case.  Accordingly, the parties jointly request that the preliminary hearing or

25 arraignment be continued from November 3, 2011 to November 22, 2011.

26        For the above reasons, the parties stipulate there is good cause – taking into account the

*US v. Feng,* CR-11-70565 MAG (JCS);
STIP & [PROPOSED] ORD. TO CONTINUE            1

1  public interest in the prompt disposition of this case – to extend the time limit under Federal
2  Rule of Criminal Procedure 5.1 for the preliminary hearing or arraignment from November 3,
3  2011 to November 22, 2011.  The parties further agree that the time from November 3, 2011 to
4  November 22, 2011 should be excluded from computation under the Speedy Trial Act, 18 U.S.C.
5  § 3161(b), and that failing to exclude that time would unreasonably deny the defendant and his
6  counsel the reasonable time necessary for effective preparation, taking into account the exercise
7  of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further agree that the ends of
8  justice would be served by excluding the time from November 3, 2011 to November 22, 2011
9  from computation under the Speedy Trial Act and that the need for the exclusion outweighs the
10 best interests of the public and the defendant in a speedy trial.
11         IT IS SO STIPULATED.

13   October 26, 2011                                    /s/
     DATED                                    KIRSTIN M. AULT
14                                            Assistant United States Attorney

17   October 26, 2011                                    /s/
     DATED                                    JODI LINKER
                                              Assistant Federal Public Defender

19         IT IS SO ORDERED.

21   10/31/11
     DATED                                    JOSEPH C. SPERO
22                                            United States Magistrate Judge

*US v. Feng,* CR-11-70565 MAG (JCS);
STIP & [PROPOSED] ORD. TO CONTINUE            2